IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


**CLYDE S. FORBES,**

    **Plaintiff,**

**vs.**                                          **CASE NO. 1:05CV104-SPM/AK**

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

    Defendant has moved to dismiss this cause for insufficiency of service of process. (Doc. 10). Plaintiff has not responded to the motion.

    Plaintiff brings this cause *pro se* seeking review of tax determinations made by the Internal Revenue Service. (Doc. 1). Because he paid the filing fee, he was responsible for service of his complaint and was so advised by the Court on June 27, 2005, as well as the means of service pursuant to Rule 4, Federal Rules of Civil Procedure. (Doc. 4). When service was not accomplished by September 29, 2005, the Court issued a show cause order to which Plaintiff responded indicating that he has served the United States. (Doc. 5). Defendant has moved to dismiss the complaint

because Plaintiff failed to serve a copy of the complaint with the summons upon the United States or the United States Attorney General and has not attempted to serve the IRS.  Defendant contends that there has been no good cause shown or asserted for the delay in service over 120 days and indeed Plaintiff did not even attempt service until four months after the complaint had been filed.

Defendant also asserts that dismissal of the present suit will not result in a complete denial of relief since Plaintiff may seek relief by filing a claim for refund by the IRS.

In light of the foregoing, it is respectfully **RECOMMENDED** that Defendant's Motion to Dismiss (doc. 10) be **GRANTED**, and Plaintiff's complaint (doc. 1) be **DISMISSED** for failure to serve the Defendant properly and within the time provided in Rule 4, Federal Rules of Civil Procedure.

**IN CHAMBERS** at Gainesville, Florida, this **21st** day of December, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

**No. 1:05cv104-spm/ak**