IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLYDE S. FORBES,

      Plaintiff,

vs.                                  CASE NO.: 1:05cv104-SPM/AK

UNITED STATES OF AMERICA,

      Defendant.

_____/

## **ORDER**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc.11) dated December 21, 2005. Plaintiff has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's report and recommendation (doc. 11) is ADOPTED and incorporated by reference in this order.

2.      Defendant's motion to dismiss (doc. 10) is granted.

3.      This case is dismissed without prejudice for failure to effect service of

process properly within the time provided by Federal Rule of Civil Procedure 4(m).

DONE AND ORDERED this 31st day of January, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 5:04cv259-SPM/AK